IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| AARON MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 14-722-MJR-SCW |
| | ) | |
| WEXFORD HEALTH SOURCES, INC.; STATE | ) | |
| OF ILLINOIS; JOHN DOE CORRECTIONAL | ) | |
| OFFICERS; JOHN DOE DENTISTS, | ) | |
| | ) | |
| Defendants. | | |

## <u>DEFENDANT'S MOTION TO DISMISS</u>

COMES NOW the defendant, STATE OF ILLINOIS, by and through its counsel, LISA MADIGAN, Attorney General of the State of Illinois, and, pursuant to Rule 12(b)(1), (2) and (6) of the Federal Rules of Civil Procedure, moves this honorable Court to dismiss plaintiff's complaint.   In support thereof, the following statements are made.

1.     Plaintiff has alleged that he made unspecified complaints to unnamed correctional officers that plaintiff had a "tooth ache/infection" and that the officers did not get medical attention for plaintiff.

2.     Plaintiff has sued the State of Illinois, claiming that the State of Illinois has a duty to indemnify the unknown officers in the event plaintiff is able to make such officers parties to this case and prevail against the officers.

3.     Plaintiff's claims against the State of Illinois are barred by the Eleventh Amendment to the Constitution of the United States.

4.     The State of Illinois is not a person subject to liability under 42 U.S.C. §1983.

5.     Plaintiff also has alleged that he was improperly released from custody without a hearing.

6.     Plaintiff has not served the defendant with summons and the Court, therefore, lacks personal jurisdiction over the State of Illinois.

WHEREFORE, defendant, the State of Illinois, respectfully requests that this honorable Court dismiss plaintiff's complaint.

Respectfully submitted,

STATE OF ILLINOIS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant.

By:   s/Karen L. McNaught
      Karen L. McNaught, #6200462
      Assistant Attorney General
      500 South Second Street
      Springfield, IL   62706
      Telephone:   217/782-1841
      Facsimile:   217/524-5091
      kmcnaught@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

AARON MARSHALL,                              )
                                             )
    Plaintiff,                            )
                                             )
    -vs-                                  )          No. 14-722-MJR-SCW
                                             )
WEXFORD HEALTH SOURCES, INC.; STATE          )
OF ILLINOIS; JOHN DOE CORRECTIONAL           )
OFFICERS; JOHN DOE DENTISTS,                 )
                                             )
    Defendants.                           )

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2014, I electronically filed Motion to Dismiss with

the Clerk of Court using the CM/ECF system which will send notification of such filing to

the following:

Louis J. Meyer
louis.meyerkisslaw@gmail.com

Richard Dvorak
richard.dvorak@civilrightsdefenders.com

Matthew H. Weller
mhw@cassiday.com

Respectfully submitted,

/s/Karen L. McNaught
Karen L. McNaught #6200462
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, IL   62706
Telephone:   (217) 782-1841
Facsimile:   (217) 524-5091
Email: kmcnaught@atg.state.il.us