IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MARSHALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 14-722-SCW |
| | ) |
| WEXFORD HEALTH SOURCES, INC., JOHN DOE DENTISTS, JOHN DOE CORRECTIONAL OFFICERS, STATE OF ILLINOIS, SANDY GEDMINAS, CLAUDE OWIKOTI and DR. KENNETH BROOKS, | ) |
| Defendant(s). | |

**JUDGMENT IN A CIVIL CASE**

Defendants John Doe Dentists, John Doe Correctional Officers, State of Illinois, Sandy Gedminas and Claude Owikoti were dismissed on April 14, 2015 by the filing of the Amended Complaint (Doc. 79).

Defendant Dr. Kenneth Brooks was dismissed with prejudice on April 13, 2017 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 137).

Defendant Wexford Health Sources, Inc. was dismissed with prejudice by Stipulation of Dismissal on April 11, 2017 (Doc. 135).

THEREFORE, judgment is entered in favor of Defendants **JOHN DOE DENTISTS, JOHN DOE CORRECTIONAL OFFICERS, STATE OF ILLINOIS, SANDY GEDMINAS** and **CLAUDE OWIKOTI**. and against Plaintiff **AARON MARSHALL.**

**IT IS FURTHER ORDERED** the remaining case is dismissed with prejudice and without costs in accordance with Stipulation of Dismissal (Doc. 135) and Order entered by Magistrate Judge Stephen C. Williams (Doc. 137 ).

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.    These deadlines for motions under Rule 59 cannot be extended by the Court.    The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 14th day of April, 2017

                                        **JUSTINE FLANAGAN, ACTING CLERK**

                                        BY: */s/ Angela Vehlewald*
                                                 **Deputy Clerk**

**Approved by** */s/ Stephen C. Williams*
                **United States Magistrate Judge**
                       **Stephen C. Williams**